```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY,#214897
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
SCOTT FROMMELT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 07-264-EFB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | JUDGMENT AND SENTENCING AND SET A |
| ) | NEW PRESENTENCE REPORT SCHEDULE |
| SCOTT FROMMELT, ) | |
| ) | Judge: Hon. Edmund F. Brennan |
| Defendant. ) | Date:  March 31, 2008 |
| _____ ) | Time:  2:00 p.m. |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, United States Probation Officer, THOMAS BROWN, together with defendant, SCOTT FROMMELT by and through his counsel BENJAMIN D. GALLOWAY, of the Federal Defenders Office, hereby stipulate to continue the judgment and sentencing hearing from March 17, 2008 at 2:00 p.m. to March 31, 2008 at 2:00 p.m.

The following will be the new presentence report schedule:

Presentence Report disclosed . . . . . . . . . . . . February 25, 2008

/ / /

/ / /

```
 1       Counsel's Written Objections to the Presentence
         Report Shall be Delivered to the Probation Officer
 2       and Opposing Counsel no Later Than  . . . . . . . . .   March 10, 2008

 3       The Presentence Report Shall be Filed with the
         Court and Disclosed to Counsel no Later Than  . . . .   March 17, 2008
 4
         Motion for Correction of the Presentence Report
 5       Shall be Filed with the Court and Served on the
         Probation Officer and Opposing Counsel no
 6       Later Than  . . . . . . . . . . . . . . . . . . . . .   March 24, 2008

 7
    Dated: January 24, 2008              Respectfully submitted,
 8
                                         DANIEL J. BRODERICK
 9                                       Federal Defender

10
                                         /s/  Benjamin D. Galloway
11                                       _____
                                         BENJAMIN D. GALLOWAY
12                                       Staff Attorney
                                         Attorneys for Defendant
13                                       SCOTT FROMMELT

14

15  Dated: January 24, 2008              McGREGOR W. SCOTT
                                         United States Attorney
16
                                         /s/ Matthew Stegman
17                                       _____
                                         MATTHEW STEGMAN
18                                       Assistant U.S. Attorney

19

20                              O R D E R

21

22     SO ORDERED.

23  Dated: January 29, 2008.
                                         EDMUND F. BRENNAN
24                                       UNITED STATES MAGISTRATE JUDGE
```