Tim Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant/Appellant,
SCOTT R. FROMMELT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S 07-0264 EFB/FCD |
| | ) | |
| Plaintiff-Appellee, | ) | ORDER DISMISSING APPEAL |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT R. FROMMELT, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, and based upon the defendant-appellant's motion for dismissal of his appeal and his affidavit requesting that his appeal be dismissed,

IT IS HEREBY ORDERED that the appeal filed by defendant-appellant Scott R. Frommelt be dismissed.

DATED: May 22, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE